Richard L. Charnley (State Bar No. 70430)
Annie Rian (State Bar No. 260960)
Nicole W. Uhlmann (State Bar No. 200783)
**CHARNLEY RIAN LLP**
12121 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Telephone: 310.321.4300
Facsimile: 310.893.0273
Email: rlc@charnleyrian.com
ar@charnleyrian.com
nwu@charnleyrian.com

*Attorneys for Defendants. Mainsail, LLC, Shoreline Entertainment, Inc., Sam Eigen and Morris Ruskin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>Plaintiffs,<br><br>vs.<br><br>MAINSAIL, LLC; SHORELINE ENTERTAINMENT, INC., SAM EIGEN, an individual; MORRIS RUSKIN, an individual, and DOES 1-21,<br><br>Defendants. | Case No. 3:20-cv-01523-SK<br><br>**ORDER** |

**<u>ORDER</u>**

Having considered Defendants' Motion for Extension of Time, and the entire record herein, it is this 20 day of March, 2020, hereby:

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Defendants shall answer or respond by no later than April 13, 2020.

SO ORDERED.

*Sallie Kim*
_____
United States Magistrate Judge