DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorney for Defendants Apple Inc. and Apple Distribution International Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK MAHON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAINSAIL LLC, et al.,<br><br>　　　　Defendants. | **Case No. 5:20-cv-01523-BLF**<br><br>**DECLARATION OF DAVID R. EBERHART IN SUPPORT OF APPLE INC., ENTERTAINMENT ONE US LP, GOOGLE LLC AND MAINSAIL LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, David R. Eberhart, hereby declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and am counsel for Apple Inc. and Apple Distribution International, Ltd. in the following Northern District of California case, among others: *Mark Mahon v. Apple Inc., et al.*, Case No. 4:20-cv-01534-JSW (N.D. Cal.). I am a partner with the law firm of O'Melveny & Myers LLP. I submit this declaration in support of the Administrative Motion of Apple Inc., Entertainment One US LP, Google LLC and Mainsail LLC to Consider Whether Cases Should Be Related.

2. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would testify under oath as to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the complaint filed in *Mahon v. Mainsail LLC, et al.*, Case No. 5:20-cv-01523-BLF.

4. Attached hereto as Exhibit B is a true and correct copy of the complaint filed in *Mahon v. YouTube LLC, et al.,* Case No. 3:20-cv-01525-SK.

5. Attached hereto as Exhibit C is a true and correct copy of the complaint filed in *Mahon v. Entertainment One US LP et al*, Case No. 4:20-cv-01527-KAW.

6. Attached hereto as Exhibit D is a true and correct copy of the complaint filed in *Mahon v. Alphabet Inc., et al.*, Case No. 3:20-cv-01530-JSC.

7. Attached hereto as Exhibit E is a true and correct copy of the complaint filed in *Mahon v. Apple Inc., et al.*, Case No. 4:20-cv-01534-JSW.

8. On Wednesday, April 1, 2020, I spoke with Mr. Mahon and asked if he would agree to a stipulation to relate the five cases listed above. He declined to do so and stated that he would oppose any motion to relate the cases. I spoke to Mr. Mahon again on April 2, 2020, and he reiterated that he would oppose any motion to relate the cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of April, 2020, in Kirkwood, California.

Dated: April 8, 2020                    By:   */s/ David R. Eberhart*
                                                    David R. Eberhart