1 | DAVID R. EBERHART (S.B. #195474)
  | deberhart@omm.com
2 | **O'MELVENY & MYERS LLP**
  | Two Embarcadero Center, 28th Floor
3 | San Francisco, CA 94111
  | Telephone: (415) 984-8700
4 | Facsimile:  (415) 984-8701

5 | *Attorney for Defendants Apple Inc. and Apple Distribution International Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| MARK MAHON, | Case No. 5:20-cv-01523-YGR |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF APPLE INC., ENTERTAINMENT ONE US LP, GOOGLE LLC AND MAINSAIL LLC TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| v. | |
| MAINSAIL LLC, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court, having considered the Administrative Motion of Apple Inc., Entertainment One US LP, Google LLC and Mainsail LLC to Relate Cases Pursuant to Civil L.R. 3-12 and 7-11, all other papers and evidence submitted in support, opposition, and the pertinent pleadings and files in these actions, and finding good cause, hereby **GRANTS** the motion and finds that the following civil actions are related within the meaning of Civil L.R. 3-12(a):

- *Mahon v. Mainsail LLC, et al.*, Case No. 5:20-cv-01523-YGR
- *Mahon v. YouTube LLC, et al.,* Case No. 3:20-cv-01525-SK
- *Mahon v. Entertainment One US LP, et al.*, Case No. 4:20-cv-01527-SBA
- *Mahon v. Alphabet Inc., et al.*, Case No. 3:20-cv-01530-JSC
- *Mahon v. Apple Inc., et al.*, Case No. 4:20-cv-01534-JSW

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge