**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARK MAHON,**<br>　　　Plaintiff,<br>vs.<br>**MAINSAIL LLC, ET AL.,**<br>　　　Defendants. | CASE NO. 20-cv-01523-YGR |
| **MARK MAHON,**<br>　　　Plaintiff<br>vs.<br>**YOUTUBE LLC, ET AL.,**<br>　　　Defendants. | CASE NO. 20-cv-01525-RS |
| **MARK MAHON,**<br>　　　Plaintiff,<br>vs.<br>**ENTERTAINMENT ONE US LP, ET AL.,**<br>　　　Defendants. | CASE NO. 20-cv-01527-SBA |
| **MARK MAHON,**<br>　　　Plaintiff,<br>vs.<br>**ALPHABET INC., ET AL.,**<br>　　　Defendants. | CASE NO. 20-cv-01530-JD |
| **MARK MAHON,**<br>　　　Plaintiff,<br>vs.<br>**APPLE, INC., ET AL.,**<br>Defendants. | CASE NO. 20-cv-01534-JSW |

The Court has considered defendants' administrative motion to consider whether the above-captioned cases should be related pursuant to Civil L.R. 3-12 and 7-11, and the opposition thereto. Good cause appearing, the Court hereby **GRANTS** the motion. The following cases shall be related to *Mahon v. Monsail LLC, et al.* (20-cv-1523-YGR) and reassigned to this Court: *Mahon v. YouTube LLC* (20-cv-01525-RS); *Mahon v. Entertainment One US LLP* (20-cv-1527-SBA); *Mahon v. Alphabet, Inc.* (20-cv-1530-JD); *Mahon v. Apple, Inc.* (20-cv-1534-JSW).

The parties are advised that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures, and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Any deadlines set by the ADR Local Rules shall remain in effect.

The parties are further advised that all briefing schedules shall remain in place. The Court will confirm the date and time for a hearing on all motions to dismiss and the pending motion to transfer once the motions are ripe and can be evaluated. In the meantime, a tentative hearing shall be **SET** for **June 2, 2020** at **2:00 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Additionally, in light of the arguments raised in the motion to relate, the parties **SHALL** file simultaneous statements regarding whether the above-captioned cases should be consolidated partially for discovery only or for all purposes. The statements shall be filed no later than **April 28, 2020**. Defendants' statements may not exceed 3 pages for each defendant, and plaintiff must file a single consolidated statement not to exceed 8 pages.

**IT IS SO ORDERED.**

Dated: April 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2