Richard L. Charnley (SBN 70430)
Nicole W. Uhlmann (SBN 200783)
**CHARNLEY RIAN LLP**
12121 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Telephone: 310.321.4300
Facsimile: 310.893.0273
Email: rlc@charnleyrian.com
nwu@charnleyrian.com

*Attorneys for Defendants. Mainsail, LLC, Shoreline Entertainment, Inc., Sam Eigen and Morris Ruskin*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MAINSAIL, LLC; SHORELINE ENTERTAINMENT, INC., SAM EIGEN, an individual; MORRIS RUSKIN, an individual, and DOES 1-21,<br><br>　　　　　Defendants. | Case No. 4:20-cv-01523-YGR<br>*[Related by Order to: Cases No.: 20-cv-01525, 20-cv-01527, 20-cv-01530, and 20-cv-01534]* ___<br><br>**DEFENDANTS' WITHDRAWAL OF MOTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE, ETC.**<br><br>Hon. Yvonne Gonzalez Rogers, Distict Court Judge |

**DEFENDANTS' WITHDRAWAL OF MOTION TO CHANGE VENUE**

To the Court and to all parties and counsel as applicable:

Please take notice that defendants Mainsail, LLC, Shoreline Entertainment, Inc., Sam Eigen, and Morris Ruskin (for purposes of this document collectively "Defendants"), hereby WITHDRAW their pending Motion to Dismiss for Improper Venue or in the alternative to Transfer for Convenience (herein "the Venue Motion").

To explain:

Defendants initially attempted to obtain a stipulated extension of time to file responsive pleadings, but Plaintiff wanted to attach unreasonable conditions to the stipulation;

Defendants then moved the assigned Magistrate Judge for additional time, which Plaintiff actually opposed;

The Magistrate Judge granted Defendants' motion and extended their "response time";

Defendants thus filed the Venue Motion on April 7, 2020;

At the time Defendants filed the Venue Motion, they were in the process of joining another set of defendants in an administrative motion to relate 5 cases filed by Plaintiff in this district (Defendants specifically included notice of this in their moving papers);

Since that time, the Court has found the 5 cases to be related and has issued orders in connection therewith;

Defendants will be joining with the defendants in the now-related cases in a request to have discovery and other procedural matters consolidated, but not consolidated for purposes of trial; and,

Defendants thus WITHRDRAW the Venue Motion and RERVE their right to seek transfer at a later date of this case to the Central District of California; and,

Upon the completion of consolidated discovery and other procedural matters,

1  Defendants will move the court for a transfer.
2  Respectfully submitted.

Dated:     April 27, 2020

CHARNLEY RIAN LLP

By: _____
Richard L. Charnley
Nicole W. Uhlmann
*Attorneys for Defendants, Mainsail LLC, Shoreline Entertainment, Inc., and Sam Eigen*