# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK MAHON,**<br><br>Plaintiff,<br><br>v.<br><br>**MAINSAIL LLC, ET AL.,**<br><br>Defendants. | **SCHEDULING ORDER AND ORDER REGARDING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Case No. 20-cv-01523-YGR |
| v.<br><br>**YOUTUBE LLC, ET AL.,**<br><br>Defendants. | Case No. 20-cv-01525-YGR |
| v.<br><br>**APPLE INC., ET AL.,**<br><br>Defendants. | Case No. 20-cv-01534-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**I.    SCHEDULING ORDER**

The Court hereby sets the following trial and pretrial dates for each above-captioned case:

| **SCHEDULE** | |
|---|---|
| INITIAL DISCLOSURES: | June 29, 2021 for YouTube and Apple;<br>July 10, 2021 for Mainsail |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | April 1, 2022 |
| FACT DISCOVERY CUTOFF: | April 21, 2022 |
| DESIGNATION OF EXPERTS | May 19, 2022 |
| EXPERT DISCOVERY CUTOFF | July 30, 2022 |

| | |
|---|---|
| Dispositive Motion Hearing | October 4, 2022 |
| Pretrial Conference | February 10, 2023 |
| Trial | March 6, 2023 |

## II. Order Regarding Motion for Leave to Amend Complaint

Plaintiff Mark Mahon has filed a motion for leave to amend to amend the complaint in case number 20-cv-1525 (*YouTube* action). Google opposes, but has not filed an opposition pursuant to the Court's Order prohibiting additional briefing on motions for leave absent permission from the Court. (*See* Dkt. Nos. 60, 55.)

The Court **Grants** YouTube leave to file and serve an opposition within **14 days** of this Order. Plaintiff may file a reply no later than **14 days** thereafter. The hearing scheduled for July 7, 2021 is **Vacated**. The Court will set oral argument once briefing is complete if the Court deems it necessary.

**It Is So Ordered.**

Dated: June 30, 2021

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**